IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN TERRELL,   No. CIV S-07-0251-GEB-CMK-P

    Petitioner,

  vs.   ORDER

D.K. SISTO, et al.,

    Respondents.

_____/

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion for an extension of time to respond to respondents' motion to dismiss.  Good cause appearing therefor, petitioner's motion will be granted.

    Accordingly, IT IS HEREBY ORDERED that:

    1.    Petitioner's motion for an extension of time (Doc. 12) is granted; and

    2.    Petitioner may file a response to respondents' motion to dismiss within 30 days of the date of this order.

DATED:  June 14, 2007.

                                                            CRAIG M. KELLISON
                                                            UNITED STATES MAGISTRATE JUDGE