IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN TERRELL,

    Petitioner,                   No. CIV S-07-0251 FCD GGH P

    vs.

D.K. SISTO, et al.,                ORDER AND

    Respondent.               FINDINGS AND RECOMMENDATIONS

_____/

        On October 31, 2007, this action was reassigned to the undersigned and the Honorable Frank C. Damrell. On this date, Magistrate Judge Kellison also issued findings and recommendations recommending that respondent's May 18, 2007, motion to dismiss be denied. Because this action is now assigned to the undersigned, the October 31, 2007, findings and recommendations are vacated.

        For the reasons stated by Magistrate Judge Kellison in his findings and recommendations, this court recommends that respondent's motion to dismiss be denied.

        Accordingly, IT IS HEREBY ORDERED that the October 31, 2007, findings and recommendations are vacated;

/////

/////

1

1       IT IS HEREBY RECOMMENDED that respondent's May 18, 2007, motion to dismiss be denied.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within ten days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: 03/25/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

ter251.156