IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN TERRELL,

          Petitioner,                No. CIV S-07-0251 FCD GGH P

    vs.

D.K. SISTO, et al.,

          Respondents.        <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States

Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 5, 2009, the magistrate judge filed findings and recommendations

herein which were served on all parties and which contained notice to petitioner that any

objections to the findings and recommendations were to be filed within twenty days. Petitioner

has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be

supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

ORDERED that:

/////

1    1.  The findings and recommendations filed January 5, 2009, are adopted in full;

2    and

3    2.  This action is dismissed for petitioner's failure to keep the court apprised of

4    his current address.  See Local Rules 83-182(f) and 11-110 (E.D. Cal. 1997).

5    DATED: April 6, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE